IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                              Case No. 98-50032

NELSON ERICK SERRANO                                          DEFENDANT

**O R D E R**

Now on this 21st day of May, 2008, the above referenced matter comes on for this Court's consideration of the defendant's **Unopposed Motion to Reduce Sentence Pursuant to the Retroactive Crack Amendment, 18 U.S.C. § 3582(c) (Doc. 18).** The Court, being well and sufficiently advised that the pending motion is now **moot**, finds it should be, and that it hereby is, **denied as moot.**

**IT IS SO ORDERED.**

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE